## Merrill I. Mills v. Mumford Bunce and another.

*Writ of error: Joint demand: Parties: Severance.* A writ of error brings up the whole case. In an action upon a joint demand against three, where the judgment of the court below was in favor of two of the defendants, and against the other, a writ of error brought by the plaintiff against the two defendants only, will be dismissed; it is not competent to sever in that manner.

*Heard and decided October 30.*

Error to St. Clair Circuit.

*T. C. Owen* and *Moore & Griffin,* for plaintiff in error.

*Trowbridge & Atkinson,* for defendants in error.

PER CURIAM.

A writ of error brings up the whole case.

In an action upon a joint demand against three, the jury returned a verdict in favor of two of the defendants, and against the other; and judgment was entered accordingly. The plaintiff brought error as to the *two* only. The writ should have issued as to all, and it is not competent to sever in that manner.

Writ dismissed without prejudice, and with leave to plaintiff to move in the court below for a new trial.